**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:<br>LAKEESHA NICOLE ANDERSON<br><br>Debtor(s) | Case No. 25-42098-R |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Carey D. Ebert, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/21/2025.

2) The plan was confirmed on 09/26/2025.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/02/2026.

6) Number of months from filing or conversion to last payment: 12.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,943.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,883.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$11,883.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,080.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $998.22 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,078.22** |

Attorney fees paid and disclosed by debtor: $1,420.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BLAZE CREDIT UNION | Unsecured | 7,989.00 | 7,521.40 | 7,521.40 | 0.00 | 0.00 |
| BLAZE CREDIT UNION | Unsecured | NA | 4,319.08 | 4,319.08 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 10,753.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 30,201.00 | 29,992.30 | 29,992.30 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 7,873.00 | 7,873.07 | 7,873.07 | 0.00 | 0.00 |
| CREDIT UNION OF TEXAS | Secured | 8,611.00 | 8,778.11 | 8,778.11 | 0.00 | 0.00 |
| DFW RADIOLOGY ASSOC | Unsecured | 1,535.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATAIONAL BANK/LEGACY | Unsecured | 2,573.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 64,290.00 | 24,928.16 | 24,928.16 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 27,362.00 | 63,947.05 | 63,947.05 | 7,804.78 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 9,970.00 | 9,970.72 | 9,970.72 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 6,642.00 | 6,642.20 | 6,642.20 | 0.00 | 0.00 |
| LVNV FUNDING/RESURGENT CAPITA | Unsecured | 3,477.00 | 3,273.09 | 3,273.09 | 0.00 | 0.00 |
| MINNESOTA DEPARTMENT REVENUE | Unsecured | 13,000.00 | 12,287.39 | 12,287.39 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,505.00 | 1,487.56 | 1,487.56 | 0.00 | 0.00 |
| QUANTUM 3 GROUP | Unsecured | 899.00 | 1,014.81 | 1,014.81 | 0.00 | 0.00 |
| QUANTUM 3 GROUP | Unsecured | 792.00 | 761.52 | 761.52 | 0.00 | 0.00 |
| ROCKPORT AUTO CLAIMS | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| SPIRE CREDIT UNION | Unsecured | 4,097.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 174.00 | 139.00 | 139.00 | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 8,461.00 | 8,434.28 | 8,434.28 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 199,247.00 | 199,724.08 | 199,724.08 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | 8,148.00 | 8,148.30 | 8,148.30 | 0.00 | 0.00 |
| ZILLOW PREMIER AGENT | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,770.41 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$38,770.41** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $63,947.05 | $7,804.78 | $0.00 |
| **TOTAL PRIORITY**: | **$63,947.05** | **$7,804.78** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$296,524.66** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $4,078.22 | |
| Disbursements to Creditors | $7,804.78 | |
| **TOTAL DISBURSEMENTS** : | | **$11,883.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/12/2026 By: /s/ Carey D. Ebert
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

LAKEESHA NICOLE ANDERSON
3820 VITRUVIAN WAY
APT 347
ADDISON, TX 75001

RUBIN & ASSOCIATES PC
4201 SPRING VALLEY ROAD
SUITE 1130
DALLAS, TX 75244

Dated: November 12, 2026

/s/ Carey D. Ebert
Office of the Standing Chapter 13 Trustee